9694.   ROBINSON v. THE STATE.

STEPHENS, J.   1. The various exceptions taken to the charge of the court are without merit, and show no error.  The charge fairly presented all the issues and substantially covered all matters contained in the various requests to charge.

2. The court committed no error in sustaining the objection to the testimony offered as set out in the 19th ground of the amendment to the motion for new trial.  Nor was there error in overruling the objections to the admission of the testimony offered for the purpose therein stated, as set out in the 20th, 21st, 22d, and 23d grounds.

3. The alleged newly discovered evidence set forth in the 26th ground of the amendment to the motion for new trial was merely cumulative in its nature, and, a counter-showing having been made on the hearing of the motion, there was not presented sufficient cause for a new trial.

4. The evidence supported the verdict and no error of law was committed by the trial judge in overruling the motion for new trial.

> Judgment affirmed.   Broyles, P. J., and Bloodworth, J., concur.
> DECIDED FEBRUARY 12, 1919.

Conviction of manslaughter; from Talbot superior court—Judge Howard.  March 23, 1918.

W. D. Crawford, A. P. Persons, George C. Palmer, for plaintiff in error.

C. F. McLaughlin, solicitor-general, T. T. Miller, J. H. McGehee, contra.

---

9710.   METROPOLITAN LIFE INSURANCE COMPANY v. THOMPSON.

STEPHENS, J.   1. The suit not having been instituted by an indorsee, assignee, transferee, or the personal representative, of a deceased person, it was error to exclude the testimony of a witness for the defendant upon the ground that his testimony purported to be as to transactions or communications with a deceased person.  Cody v. First National Bank, 103 Ga. 789 (3) (30 S. E. 281).  It was also error to exclude this testimony on the other grounds interposed.

2. The testimony offered by the defendant was relevant to the issue, and the court erred in excluding it and directing a verdict for the plaintiff.

3. The law of this case was settled by this court when the case was here before.  Metropolitan Life Ins. Co. v. Thompson, 20 Ga. App. 706 (93 S. E. 299).

> Judgment reversed.   Broyles, P. J., and Bloodworth, J., concur.
> DECIDED FEBRUARY 12, 1919.

Action on insurance policy; from city court of Waycross—Judge Crawley.  March 19, 1918.

Parks & Reed, for plaintiff in error.

Parker & Parker, contra.